1   TRINETTE G. KENT (State Bar No. 222020)
2   3219 E Camelback Rd, #588
    Phoenix, AZ 85018
3   Telephone:  (480) 247-9644
4   Facsimile:  (480) 717-4781
    E-mail: tkent@lemberglaw.com
5

6   Of Counsel to
    Lemberg Law, LLC
7   43 Danbury Road
8   Wilton, CT 06897
9   Telephone:  (203) 653-2250
    Facsimile:  (203) 653-3424
10

11  Attorneys for Plaintiff,
    Yaritza Rodriguez
12

13
                    UNITED STATES DISTRICT COURT
14                  CENTRAL DISTRICT OF CALIFORNIA
15                       EASTERN DIVISION
16

17  Yaritza Rodriguez,                  Case No.:

18
                      Plaintiff,        **COMPLAINT FOR DAMAGES**
19

20       vs.                            **FOR VIOLATIONS OF:**
                                           **1. THE TELEPHONE CONSUMER**
21                                         **PROTECTION ACT;**
22  Charter Communication dba Spectrum     **2. THE ROSENTHAL FAIR DEBT**
    Cable,                                 **COLLECTION PRACTICES ACT**
23
                      Defendant.         **JURY TRIAL DEMANDED**
24

25

26

27

28

1
2
3
4

Plaintiff, Yaritza Rodriguez (hereafter "Plaintiff"), by undersigned counsel,

brings the following complaint against Charter Communication dba Spectrum Cable

(hereafter "Defendant") and alleges as follows:

5

**JURISDICTION**

6
7

1.      This action arises out of Defendant's repeated violations of the

8

Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. ("TCPA"), and repeated

9
10

violations of the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788,

11

*et seq.* ("Rosenthal Act").

12

2.      Jurisdiction of this Court arises under 47 U.S.C. § 227(b)(3), Cal. Civ.

13
14

Code 1788.30(f), 28 U.S.C. § 1331 and 28 U.S.C. § 1367.

15

3.      Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b), where

16

the acts and transactions giving rise to Plaintiff's action occurred in this district and/or

17

where Defendant transacts business in this district.

18
19

**PARTIES**

20

4.      Plaintiff is an adult individual residing in San Bernardino, California, and

21
22

is a "person" as defined by 47 U.S.C. § 153(39) and Cal Civ. Code § 1788.2(g).

23

5.      Plaintiff is a "debtor" as defined by Cal. Civ. Code § 1788.2(h).

24

6.      Defendant is a business entity located in Saint Louis, Missouri, and is a

25
26

"person" as the term is defined by 47 U.S.C. § 153(39) and Cal Civ. Code §

27

1788.2(g).

28

COMPLAINT FOR DAMAGES

7.      Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in the collection of consumer debts, and is a "debt collector" as defined by Cal. Civ. Code § 1788.2(c).

## ALLEGATIONS APPLICABLE TO ALL COUNTS

8.      Plaintiff is a natural person allegedly obligated to pay a debt asserted to be owed to Defendant.

9.      Plaintiff's alleged obligation arises from a transaction in which property, services or money was acquired on credit primarily for personal, family or household purposes and is a "consumer debt" as defined by Cal. Civ. Code § 1788.2(f).

10.     At all times mentioned herein where Defendant communicated with any person via telephone, such communication was done via Defendant's agent, representative or employee.

11.     At all times mentioned herein, Plaintiff utilized a cellular telephone service and was assigned the following telephone number:  909-xxx-7096 (hereafter "Number").

12.     Within the last year, Defendant placed calls and sent text messages to Plaintiff's Number in an attempt to collect a debt from a person unknown to Plaintiff.

13.     Plaintiff does not currently do business with Defendant, and Plaintiff has never done business with Defendant.

COMPLAINT FOR DAMAGES

14.     The aforementioned calls were placed using an artificial or prerecorded voice.

15.     In or around January of 2022, Plaintiff spoke with a live representative and requested that Defendant cease placing calls to her Number.

16.     Defendant instructed Plaintiff to go to its website and submit an online request in order for Defendant to cease placing calls to her Number.

17.     Plaintiff complied with Defendant's instructions and submitted the online request through Defendant's website, requesting that Defendant cease placing all calls to her.

18.     Despite Plaintiff's written and verbal requests, Defendant continued placing automated calls and sending text messages to Plaintiff in an attempt to collect the alleged debt.

19.     Plaintiff also responded "Stop" to Defendant's text messages, but the calls continued.

20.     On or about March 25, 2022, Plaintiff called Defendant.

21.     Defendant informed Plaintiff that her number was associated with another consumer's account but confirmed that it did not have any other information that matched Plaintiff other than her Number.

22.     Defendant's actions caused Plaintiff a great deal of confusion, frustration, and distress.

4

COMPLAINT FOR DAMAGES

## COUNT I

## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227, *et seq.*

23. Plaintiff incorporates by reference all of the above paragraphs of this complaint as though fully stated herein.

24. The TCPA prohibits Defendant from using, other than for emergency purposes, automated or prerecorded messages when calling Plaintiff's Number absent Plaintiff's prior express consent to do so. *See* 47 U.S.C. § 227(b)(1).

25. Defendant called Plaintiff's Number using an artificial or prerecorded voice without Plaintiff's consent in that Defendant either never had Plaintiff's prior express consent to do so or such consent was effectively revoked when Plaintiff requested that Defendant cease all further calls.

26. Defendant continued to willfully call Plaintiff's Number using an artificial or prerecorded voice knowing that it lacked the requisite consent to do so in violation of the TCPA.

27. Plaintiff was harmed and suffered damages as a result of Defendant's actions.

28. The TCPA creates a private right of action against persons who violate the Act. *See* 47 U.S.C. § 227(b)(3).

29. As a result of each call made in violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages.

COMPLAINT FOR DAMAGES

30. As a result of each call made knowingly and/or willingly in violation of the TCPA, Plaintiff may be entitled to an award of treble damages.

## COUNT II

## VIOLATIONS OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, Cal. Civ. Code § 1788, *et seq.*

31. Plaintiff incorporates by reference all of the above paragraphs of this complaint as though fully stated herein.

32. The Rosenthal Act was passed to prohibit debt collectors from engaging in unfair and deceptive acts and practices in the collection of consumer debts.

33. Defendant caused Plaintiff's telephone to ring repeatedly or continuously to annoy Plaintiff, in violation of Cal. Civ. Code § 1788.11(d).

34. Defendant communicated with Plaintiff with such frequency as to be unreasonable, constituting harassment, in violation of Cal. Civ. Code § 1788.11(e).

35. Defendant did not comply with the provisions of 15 U.S.C. § 1692, *et seq.*, in violation of Cal. Civ. Code § 1788.17.

36. Plaintiff was harmed and is entitled to damages as a result of Defendant's violations.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant for:

A. Statutory damages of $500.00 for each call determined to be in violation of the TCPA pursuant to 47 U.S.C.§ 227(b)(3);

COMPLAINT FOR DAMAGES

B. Treble damages for each violation determined to be willful and/or knowing under the TCPA pursuant to 47 U.S.C.§ 227(b)(3);

C. Actual damages pursuant to Cal. Civ. Code § 1788.30(a);

D. Statutory damages of $1,000.00 for knowingly and willfully committing violations pursuant to Cal. Civ. Code § 1788.30(b);

E. Costs of litigation and reasonable attorneys' fees pursuant to Cal. Civ. Code § 1788.30(c); and

F. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

DATED:  October 3, 2022                    TRINETTE G. KENT

By:  _/s/  Trinette G. Kent_
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Yaritza Rodriguez

7

COMPLAINT FOR DAMAGES